[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
AUG 18 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Republic technologies and Seam. INC.

Plaintiff

v.

Tobacco city INC
tOMAR Barbarwi.

Defendant

Case Number: 20-cv-918

Judge:

Magistrate Judge:

Aug 18th 2020

our bussiness bought mechindize from Sales people who walked into our store, we do not recall or recognize this R008 product, myself I never saw it at the place of business, passibley was purchesed by a Salesman, who came to our store.

We do not buy fake merchindize, and we do not recall this Name, We are a tobacco shop, our bussiness as you see in photo that they took shows the kind of merchindise that we sell, how they got into our store? I had no idea, beside this bussiness was Sold on May the 1st 2017, and this bussiness was a limited Liberty Corp.

We had no intention to sell any fake merchindise, and we have no way of Knowing, I myself never seen this merchindise at my bussiness.

We pray that the hourable judge will dismiss this case. Thank you

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Aug 18th 2020  Omar barbarawi

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number: 20-00918 (Judge Leinenweber)

REPUBLIC TECHNOLOGIES (NA),
LLC, and SREAM, INC.,

          Plaintiffs,

v.

TOBACCO CITY INC. and OMAR
BARBARAWI,

          Defendants.
_____/

## MOTION FOR ENTRY OF DEFAULT
## PURSUANT TO RULE 55(A)

Plaintiffs, REPUBLIC TECHNOLOGIES (NA), LLC, and SREAM, INC., by and through their attorney, CHRISTOPHER V. LANGONE, make this request for entry of a clerk's default pursuant to Rule 55(a) against Defendant, OMAR BARBARAWI. In support thereof they state:

1. This matter was filed on February 7, 2020.

2. Defendant OMAR BARBARAWI was served on April 9, 2020 (See Dkt. Entry 11).

3. Defendant's Answer was due on July 19, 2020 (extended by operation of the General Order's regarding COVID-19, 20-0012, as amended).

4. Plaintiff has not been contacted by Defendant BARBARAWI or any counsel on his behalf, at this time.

5. Rule 55(a) of the Federal Rules of Civil Procedure (FRCP 55(a)) provides:

(A) **Entry**. When a party against whom a judgement for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

6. Rule 12(a)(1)(A)(i) requires that a Defendant serve an answer "within 21 days after being served with the summons and complaint."

7. The Plaintiffs request that a Clerk's default be entered against Defendant, OMAR BARBARAWI in accordance with FRCP 55(a).

WHEREFORE, Plaintiffs, ROOR INTERNATIONAL BV and SREAM, INC., respectfully request the entry of Clerk's default and that Plaintiffs be give 21 days, through and until August 24, 2020 to file their affidavits, legal memorandum and other materials a date be set for prove-up and default judgement in a sum certain.

Respectfully Submitted,
/s/ Christopher V. Langone

Christopher V. Langone
3033 N. Clark
Chicago, IL 60657
(312) 720-9191

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number: 20-cv-918

REPUBLIC TECHNOLOGIES (NA), LLC,
and SREAM, INC.,

        Plaintiffs,

v.

TOBACCO CITY INC. and OMAR BARBARAWI,

        Defendants.
_____/

## WAIVER OF SERVICE

To Mr. Christopher Langone, Esq.:

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I and the entity I represent agree to save the expense of serving a summons and complaint in this case.

    I understand that I and the entity I represent will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I and the entity I represent must file and serve an answer or a motion under Rule 12 within 60 days from February 21, 2020, the date when this request was sent. If I fail to do so, a default judgment will be entered against me and the entity I represent.

1

Date: _____

_____
(Signature of the attorney or unrepresented party)
On behalf of TOBACCO CITY INC. and OMAR BARBARAWI

_____
(Printed name)
OMAR BARBARAWI

_____
(Address)

_____
(E-mail address)

_____
(Telephone number)